FILED
June 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:07-cr-229 FCD
Plaintiff, )
v. )  ORDER FOR RELEASE
)  OF PERSON IN CUSTODY
Donald Mann, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Donald Mann  Case 2:07-cr-229 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $60,000 to be cosigned by Mrs. Mann

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X    (Other)  PTS conditions/supervision

Issued at  Sacramento, CA  on 6/22/07   at  2:10 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge